UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EARTHLINK BUSINESS, LLC,
       Plaintiff,                         CIVIL ACTION NO.15-10166-MLW

v.

HIBERNIA ATLANTIC U.S. LLC,
       Defendant.

**CONSOLIDATED WITH**

HIBERNIA ATLANTIC U.S. LLC,
       Plaintiff,                         CIVIL ACTION NO. 14-14382-MLW

v.

EARTHLINK BUSINESS, LLC,
       Defendant.

REPORT AND RECOMMENDATION ON
DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT
(#23 in CIVIL ACTION NO. 14-14382-MLW).

KELLEY, U.S.M.J.

      At the end of May 2015 Defendant Earthlink Business, LLC filed its motion to dismiss Plaintiff Hibernia Atlantic U.S. LLC's complaint as a means "to best obtain . . . judicial economy" (#24 at 1) while litigating these two pending actions. Following a status conference held on September 15, 2015, the parties "negotiated regarding consolidation or dismissal of the above referenced actions in order to have them proceed as a single action," and reached an agreement (#45 and Exh. A) which was approved and implemented by the Court. (*See* #46.)

      In light of these circumstances, I RECOMMEND that Defendant's Motion To Dismiss

Plaintiff's Complaint (#23 in CIVIL ACTION NO. 14-14382-MLW) be DENIED AS MOOT.

<u>Review by District Judge</u>

The parties are hereby advised that any party who objects to this recommendation must file specific written objections with the Clerk of this Court within 14 days of the party's receipt of this Report and Recommendation. The objections must specifically identify the portion of the recommendation to which objections are made and state the basis for such objections. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b), Fed. R. Civ. P., shall preclude further appellate review. *See Keating v. Secretary of Health & Human Servs.*, 848 F.2d 271 (1st Cir. 1988); *United States v. Emiliano Valencia-Copete*, 792 F.2d 4 (1st Cir. 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1st Cir. 1983); *United States v. Vega*, 678 F.2d 376, 378-379 (1st Cir. 1982); *Park Motor Mart, Inc. v. Ford Motor Co.,* 616 F.2d 603 (1st Cir. 1980); *see also Thomas v. Arn*, 474 U.S. 140 (1985).

November 4, 2015

<u>/s/ M. Page Kelley</u>
M. Page Kelley
United States Magistrate Judge